1 **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
3 Los Angeles, CA 90004
Telephone: (213) 252-8008
4 Facsimile: (213) 252-8009
scalequalaccess@yahoo.com
5
Attorneys for Plaintiff
6 JEREMY HOLLAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>       Plaintiff,<br><br>vs.<br><br>NEDA DUKIC, AS TRUSTEE OF THE NEDA DUKIC LIVING TRUST D/B/A LIKA CLUB; and DOES 1 to 10,<br><br>       Defendants. | Case No.: 2:23-cv-09220-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff JEREMY HOLLAND ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1)   *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED:  December 19, 2023           **SO. CAL. EQUAL ACCESS GROUP**

                                      By:   */s/   Jason J. Kim*
                                            Jason J. Kim, Esq.
                                            Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**